## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DIVISION OF MISSOURI
## EASTERN DISTRICT

| | |
|---|---|
| In re: ) | Case No. 15-48556-705 |
| ) | Judge Charles E. Rendlen, III |
| JESSICA WHITE, ) | |
| ) | **NOTICE OF FALSE AND/OR** |
| Debtor. ) | **MISLEADING STATEMENTS IN** |
| ) | **DOCKET ENTRIES NOS. 9 AND 10** |

Chapter 7 Trustee E. Rebecca Case ("Trustee Case") files this Notice of False and/or Misleading Statements in Docket Entries Nos. 9 and 10 and in support thereof respectfully reports the following:

1. Debtor Jessica White ("Debtor White") filed a Voluntary Chapter 7 Petition for Relief in the United States Bankruptcy Court for the Eastern District of Missouri on November 12, 2015 and a copy of the Order and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines ("Notice") is attached hereto and incorporated herein as **Exhibit "1"**.

2. According to the Notice, the Attorney for Debtor is Dean D. Meriwether ("Attorney Meriwether") from the Law Offices of Dean Meriwether located at 3919 Washington Avenue, St. Louis, Missouri.

3. The Meeting of Creditors was scheduled to be held on Friday, December 18, 2015 at 9:00 a.m.

4. Late on the afternoon of Thursday, December 17, 2015 a Debtor contacted Trustee Case and reported that she had been contacted by "Critique Services" and informed that her Meeting of Creditors had been cancelled.

5. Trustee Case responded that the Meeting of Creditors had not been cancelled and that Trustee Case had not been contacted by "Critique Services" or Attorney Meriwether.

6. When Trustee Case arrived at the Thomas F. Eagleton Federal Courthouse on Friday, December 18, 2015, at approximately 7:45 a.m. attorney Robert J. Dellamano ("Attorney Dellamano") was standing in the lobby.

7. Trustee Case proceeded to the 341 Meeting Room.

8. Before the beginning of the Meeting of Creditors scheduled for 9:00 a.m., Attorney Dellamano appeared in the 341 Meeting Room and reported that none of Attorney Meriwether's clients would be appearing for their Meeting of Creditors on Friday, December 18, 2015 and requested that all six cases be continued.

9. However, two Debtors were present in the 341 Meeting Room when Attorney Dellamano made his announcement, Debtor White and Debtor Kay Frances Robinson.

10. Debtor Kay Frances Robinson left the 341 Meeting Room.

11. Debtor White remained and reported to Trustee Case and Attorney Dellamano that she wanted to go forward with her Meeting of Creditors and not miss another day of work.

12. Trustee Case requested that Debtor White and Attorney Dellamano discuss the matter and notify Trustee Case as to how they wished to proceed.

13. Debtor White and Attorney Dellamano consulted and then reported that they wished to proceed with the Meeting of Creditors as scheduled and Attorney Dellamano reported that he would return after filing some documents with the Clerk of the Court.

14. Attorney Dellamano left the 341 Meeting Room and returned after 10:00 a.m.

15. Debtor White's Meeting of Creditors was held.

16. Attorney Dellamano announced that he was appearing on behalf of the Debtor.

17. As of this date, Attorney Meriwether has not withdrawn as the Attorney for Debtor.

18. Attorney Dellamano delivered to Trustee Case the following documents:

   a. Docket Entry No. 9 filed on Friday, December 18, 2015 at 9:59 a.m., Entry of Appearance with an attachment, Disclosure and Retainer Agreement for Legal Representation ("Retainer Agreement"), a copy of which is attached hereto and incorporated herein as **Exhibit "2"**; and

   b. Docket Entry No. 10 filed on Friday, December 18, 2015 at 10:00 a.m., Disclosure of Compensation of Attorney for Debtor(s) ("Attorney's Disclosure of Compensation"), a copy of which is attached hereto and incorporated herein as **Exhibit "3"**.

## RETAINER AGREEMENT, ATTACHMENT TO EXHIBIT "2"
## (DOCKET ENTRY NO. 9)

19. The Retainer Agreement, attachment to **Exhibit "2"**, states the following: "Attorney Meriwether has issue(sic) me a partial refund and I have retained the services of Attorney Dellamano."

20. However, the Debtor testified that she has received no refund from Attorney Meriwether and she has not paid or agreed to pay Attorney Dellamano any money.

21. Attorney Dellamano aggressively asked the Debtor if she had read the Retainer Agreement before she signed it on December 15, 2015.

22. The Debtor became flustered, admitted signing the Retainer Agreement on December 15, 2015 but was adamant that she had not received a refund from Attorney Meriwether and she had not paid or agreed to pay Attorney Dellamano any money.

23. Attorney Dellamano identified his signature followed by the date "12/18/15" on the Retainer Agreement.

24. Later, Attorney Dellamano <u>admitted</u> that the Debtor's testimony in regard to **Exhibit "2"**, the Retainer Agreement, was accurate: The Debtor received no refund from Attorney Meriwether, the Debtor had paid no money to Attorney Dellamano, and the Debtor had not agreed to pay Attorney Dellamano in the future. The Retainer Agreement contains false and/or misleading statements.

### ATTORNEY'S DISCLOSURE OF COMPENSATION, EXHIBIT "3"
### (DOCKET ENTRY NO. 10)

25. **Exhibit "3"**, the Attorney's Disclosure of Compensation, states "For legal services, I have agreed to accept $100.00" and "Prior to the filing of this statement I have received $100.00" and the Balance Due is "0.00".

26. When shown the Attorney's Disclosure of Compensation, Debtor again denied that she had agreed to pay or had paid Attorney Dellamano $100.00.

27. In addition, the Attorney's Disclosure of Compensation states "The source of the compensation paid to me was: Debtor" and "The source of compensation to be paid to me is: Debtor".

28. Again, the Debtor denied that she paid Attorney Dellamano or that she had agreed to pay Attorney Dellamano in the future.

29. The Attorney's Disclosure of Compensation also states "I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm."

30. Attorney Dellamano identified his signature and the date "12/18/15"on the Attorney's Disclosure of Compensation.

31. Attorney Dellamano <u>admitted</u> that the Debtor's testimony in regard to Attorney's Disclosure of Compensation was accurate: Attorney Dellamano had no agreement with the Debtor to be paid $100.00, Attorney Dellamano had not been paid $100.00 by the Debtor or anyone else, and the source of any compensation to be paid to Attorney Dellamano was not the Debtor. The Attorney's Disclosure of Compensation contains false and/or misleading statements.

32. Attorney Dellamano's response to Attorney's Disclosure of Compensation, number 5, was "I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm". Attorney Dellamano's testimony in regard to this response was inconclusive.

WHEREFORE, Chapter 7 Trustee E. Rebecca Case files this Notice of False and/or Misleading Statements in Docket Entries Nos. 9 and 10 in this case pursuant to her understanding of the Orders that have been entered by the Honorable Charles E. Rendlen, III in several cases in regard to "Critique Services", Dean Meriwether and/or Robert J. Dellamano.

STONE, LEYTON & GERSHMAN
A Professional Corporation

By: /s/ E. Rebecca Case
E. Rebecca Case- EDMO#38010MO
7733 Forsyth Boulevard, Suite 500
St. Louis, Missouri 63105
(314) 721-7011
(314) 721-8660 Facsimile
chapter7trustee@stoneleyton.com

*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was sent via first class, United States mail, postage prepaid and/or electronic notice on December 21, 2015 to:

1. Jessica White      Debtor
   2173 Orbit Drive
   St. Louis, MO 63136

2. Dean D. Meriwether      Attorney for Debtor
   Law Office of Dean Meriwether
   3919 Washington Avenue
   St. Louis, MO 63108

3. Robert J. Dellamano      Second Attorney for Debtor
   Law Office of Robert J. Dellamano
   100 S. 4th Street, Suite 550
   St. Louis, MO 63102

4. Paul Randolph
   Office of the United States Trustee
   Thomas F. Eagleton Courthouse
   111 South Tenth Street, Suite 6353
   St. Louis, Missouri  63102

/s/ E. Rebecca Case
E. Rebecca Case

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)   Case Number 15-48556

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Missouri

### Order and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/12/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors -- Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

| | |
|---|---|
| Debtor(s) (name(s) and address):<br>Jessica White<br>2173 Orbit Dr.<br>St. Louis, MO 63136 | |
| Case Number:<br>15-48556-A705 | Last four digits of Social Security or Individual Taxpayer-ID (ITIN) No(s)./Complete EIN:<br>8178 |
| Attorney for Debtor(s) (name and address):<br>Dean D. Meriwether<br>Law Offices of Dean Meriwether<br>3919 Washington Avenue<br>St. Louis, MO 63108<br>Telephone number: 314-533-4357 | Bankruptcy Trustee (name and address):<br>E. Rebecca Case<br>7733 Forsyth Blvd.<br>Suite 500<br>Saint Louis, MO 63105<br>Telephone number: (314) 721-7011 |

### Meeting of Creditors:
Date: **December 18, 2015**   Time: **09:00 AM**
Location: **111 South Tenth Street, First Floor, Room 1.310, St. Louis, MO 63102**

Refer to Other Side for Important Documentation Needed at the Meeting of Creditors

### Presumption of Abuse under 11 U.S.C. §707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 2/16/16**
The deadline to file such complaints for any creditor added to this case after the date of the initial Notice and Order of Commencement shall be the later of the original deadline or 60 days after the date on the certificate of service of the notice given pursuant to L.R. 1009.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors unless otherwise provided under Bankruptcy rule 1019(2)(B) for converted cases.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

**Foreign Creditors**
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>111 South Tenth Street<br>Fourth Floor<br>St. Louis, MO 63102<br>Telephone numbers: (314) 244-4500<br>VCIS number: 1-866-222-8029, #87<br>Electronic Case Information/PACER: https://ecf.moeb.uscourts.gov<br>Office Hours: Monday – Friday 8:30 a.m. – 4:30 p.m. | **So Ordered:**<br>*/s/ Charles Rendlen III*<br>United States Bankruptcy Judge<br>Date: 11/13/15 |



EXHIBIT 1

000125                                                8180 2000126273

```
MIME-Version:1.0
From:cmecfadmin@moeb.uscourts.gov
To:ecf_user@localhost.localdomain
Bcc: MO06@ecfcbis.com, USTPRegion13.SL.ECF@USDOJ.gov, attydeanmeriwether@yahoo.com, chapter7trustee@stoneleyton.com, dellamanolaw@gmail.com, ecfnotices@ascensioncapitalgroup.com
Do not notice for BK case;

Message-Id:<19448248@moeb.uscourts.gov>
Subject:15-48556 Notice of Appearance
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Eastern District of Missouri

Notice of Electronic Filing

The following transaction was received from Robert James Dellamano entered on 12/18/2015 at 9:59 AM CST and filed on 12/18/2015
**Case Name:** Jessica White
**Case Number:** 15-48556
**Document Number:** 9

**Docket Text:**
Notice of Appearance and Request for Notice by Robert James Dellamano Filed by Debtor Jessica White. (Dellamano, Robert)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 15-48556 White.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1031339175 [Date=12/18/2015] [FileNumber=19448246
-0] [25cbdf039415b7afbfbb373867a03e09a7b2ac4ae25792b685a113fe068436077
1e462054b1a6e1524da9648dcf9e81ebc189f77c9b5866f6e828cf624785d5f]]

**15-48556 Notice will be electronically mailed to:**

E. Rebecca Case
chapter7trustee@stoneleyton.com, MO06@ecfcbis.com

Robert James Dellamano on behalf of Debtor Jessica White
dellamanolaw@gmail.com, dellamanolaw@gmail.com

Dean D. Meriwether on behalf of Debtor Jessica White
attydeanmeriwether@yahoo.com

Office of US Trustee
USTPRegion13.SL.ECF@USDOJ.gov

**15-48556 Notice will not be electronically mailed to:**

Exeter Finance Corp.
Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006



EXHIBIT "2"
PAGE 1 OF 3

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

In: Jessica White )
) Case No.: 15-48556
Debtor ) Chapter 7
)
)
)
)

### ENTRY OF APPEARANCE

Comes Now, Robert J. Dellamano, Attorney at Law, and enters his appearance as sole legal counsel for Debtor.

Robert J. Dellamano #63106861L
Attorney at Law
100 S. 4th Street, Ste. 550
St. Louis, MO 63102
(314) 499-6900 office
(314) 300-4650 fax
robert.dellamano@yahoo.com

### CERTIFICATE OF SERVICES:

By my signature below it is certified that a copy of the above was served this **18th day of December 2015** by ECF system and/or first class mail to the following:

E. Rebecca Case
7733 Forsyth Ste. 500
.Clayton, MO 63105

Jessica White
2173 Orbit Dr
Saint Louis, MO 63136

Robert Dellamano, Attorney at Law



## DISCLOSURE AND RETAINER AGREEMENT
## FOR LEGAL REPRESENTATION

Pursuant to this retainer agreement, _Jessica White_ ("the client") retains Robert Dellamano, Attorney At Law, to enter his appearance in the client's pending bankruptcy. By his/her signature below, the client acknowledges that this retainer agreement has been read in full and that the client agrees to the terms of this retainer agreement. The client acknowledges and agrees to the following terms:

1. **Disclosure.** The client acknowledges that he/she has previously retained Dean Meriwether, Attorney At Law, as legal counsel in the client's pending bankruptcy. On December 7, 2015, the Bankruptcy Court entered an Order, which suspends the right of Attorney Meriwether from practicing in the Bankruptcy Court until March 7, 2016 and imposes other restrictions. The client understands that this Order presently prohibits Attorney Meriwether from representing the client in his/her pending bankruptcy case.

Attorney Meriwether has issue me a partial refund and I have retained the services of Attorney Dellamano.

To protect the interests of the client, Attorney Meriwether has requested the assistance of Attorney Dellamano, on behalf of his clients. The legal representation of Attorney Dellamano is offered to the client pursuant to the terms and conditions of this Disclosure and Retainer Agreement For Legal Representation. The client understands that the client is not required to retain Attorney Dellamano as his/her legal counsel and is free to seek out legal representation from any other attorney.

2. **Retention of Robert Dellamano as legal counsel for the Client.** By the client's signature below, the client retains Robert Dellamano as his/her legal counsel and authorizes Attorney Dellamano to enter his appearance in the client's pending bankruptcy and provide all legal services required by the client in said bankruptcy.

_____          12/15/15
Client                                                        Date

_____          _____
If Joint, Client                                         Date

_____          12/18/15
Attorney At Law                                    Date

EXHIBIT "2"
PAGE 3 of 3

```
MIME-Version:1.0
From:cmecfadmin@moeb.uscourts.gov
To:ecf_user@localhost.localdomain
Bcc: MO06@ecfcbis.com, USTPRegion13.SL.ECF@USDOJ.gov, attydeanmeriwether@yahoo.com, chapter7trustee@stoneleyton.com, dellamanolaw@gmail.com, ecfnotices@ascensioncapitalgroup.com
Do not notice for BK case:

Message-Id:<19448251@moeb.uscourts.gov>
Subject:15-48556 Disclosure of Compensation of Attorney for Debtor
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court
### Eastern District of Missouri

Notice of Electronic Filing

The following transaction was received from Robert James Dellamano entered on 12/18/2015 at 10:00 AM CST and filed on 12/18/2015

**Case Name:** Jessica White
**Case Number:** 15-48556
**Document Number:** 10

**Docket Text:**
Disclosure of Compensation of Attorney for Debtor Filed by Debtor Jessica White. (Dellamano, Robert)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 15-48556 White 2016B.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1031339175 [Date=12/18/2015] [FileNumber=19448249
-0] [1ad5cb05b4c088877f1a9b4d18f3af310374c8cec13d438528f3955e9b0655119
5a6a1f6f90ec3440d2e9c477e8fd3949aed3248df379941af75840ba0df290f]]

**15-48556 Notice will be electronically mailed to:**

E. Rebecca Case
chapter7trustee@stoneleyton.com, MO06@ecfcbis.com

Robert James Dellamano on behalf of Debtor Jessica White
dellamanolaw@gmail.com, dellamanolaw@gmail.com

Dean D. Meriwether on behalf of Debtor Jessica White
attydeanmeriwether@yahoo.com

Office of US Trustee
USTPRegion13.SL.ECF@USDOJ.gov

**15-48556 Notice will not be electronically mailed to:**

Exeter Finance Corp.
Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006



EXHIBIT "3"
PAGE 1 OF 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Missouri

In re: **Jessica White**

Debtor(s)

Case No. **15-48556**
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept    $    100.00
    Prior to the filing of this statement I have received    $    100.00
    Balance Due    $    0.00

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/18/15
Date

Robert J. Dellamano
*Signature of Attorney*
**Law Office of Robert J. Dellamano**
**100 S. 4th Street Ste. 550**
**Saint Louis, MO 63102**
**314-499-6900  Fax: 314-300-4650**
**robert.dellamano@yahoo.com**
*Name of law firm*



EXHIBIT "3"
PAGE 2 OF 2